## HOUSING AUTHORITY OF THE CITY OF NEW LONDON *v.* STATE BOARD OF LABOR RELATIONS ET AL.
### (SC 17007)

Borden, Katz, Palmer, Vertefeuille and Zarella, Js.

Argued May 18—officially released June 29, 2004

*Susan M. Phillips,* for the appellant (plaintiff).

*Emmet P. Hibson, Jr.*, assistant general counsel, with whom, on the brief, was *Jaye Bailey Zanta*, general counsel, for the appellee (named defendant).

*Opinion*

PER CURIAM. The plaintiff, the housing authority of the city of New London, appeals, following our grant of certification, from the judgment of the Appellate Court affirming the judgment of the trial court in favor of the named defendant, the state board of labor relations. *Housing Authority* v. *State Board of Labor Relations*, 76 Conn. App. 194, 198, 819 A.2d 296 (2003). We granted the plaintiff's petition for certification for appeal limited to the following issue: "Did the Appellate Court properly affirm the judgment of the trial court?" *Housing Authority* v. *State Board of Labor Relations*, 264 Conn. 907, 826 A.2d 177 (2003).

After examining the entire record on appeal and considering the briefs and oral arguments of the parties, we have determined that the appeal in this case should be dismissed on the ground that certification was improvidently granted.

The appeal is dismissed.